# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

FRED WOODARD,

               Plaintiff,   :      Case No. 3:08cv395

  - vs -   :      District Judge Thomas M. Rose
                               Magistrate Judge Michael R. Merz

COMMISSIONER OF SOCIAL   :
SECURITY,
                                    :
               Defendant.

**ORDER ADOPTING REPORT AND RECOMMENDATIONS**

      The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #29), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

      Accordingly, it is hereby ORDERED that Plaintiff be awarded attorney fees pursuant to 42 U.S.C. § 406(b), in the amount of $6,507.50.

September 8, 201                                           *s/THOMAS M. ROSE*

                                                                    Thomas M. Rose
                                                           United States District Judge